PROB 22
(Rev. 09/12)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 2:10CR00110- 2 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 23-00011-01-CR-W-SRB |

| NAME AND ADDRESS OF PROBATION / SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Clinton  Davis | Northern Indiana | Hammond |

| NAME OF SENTENCING JUDGE |
|---|
| Joseph S. Van Bokkelen |

| DATES OF SUPERVISION | FROM 12/23/2022 | TO 12/22/2027 |
|---|---|---|

**OFFENSE**

21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE
18:1951(a) INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE
18:1951(a) and 18:2 INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE and AIDING & ABETTING

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

   **IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Western District of Missouri</u> upon that Court's Order of Acceptance of Jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 1/20/22 | s/Joseph S. Van Bokkelen |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

 **IT IS HEREBY ORDERED** that jurisdiction over the above-named probation or supervised releasee be accepted and assumed by this Court from and after the entry of this Order.

| 1/23/2023 | /s/ Stephen R. Bough |
|---|---|
| *Effective Date* | *United States District Judge* |